**William Handel, appellee, v. Herman S. Waldman and Louis Gold, on appeal of Louis Gold, appellant. Gen. No. 30,197.**

Action upon note. Judgment by confession. Appeal from denial of motion to vacate. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Maxwell Landis, for appellant. Rosenberg & Zimmerman, for appellee; Irving Zimmerman, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Joel Lewis and John I. Sheahan, trading as Lewis-Sheahan & Company, appellants, v. Pauline Kruk, appellee. Gen. No. 30,206.**

Action for broker's commissions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Mack, Lowes & Leopold, for appellants. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**The Perfex Manufacturing Company, appellee, v. A. Daigger & Company, appellant. Gen. No. 30,215.**

Assumpsit for merchandise sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Gottlieb, Schwartz & Markheim, for appellant; Ulysses S. Schwartz and Claude A. Roth, of counsel. David Jetzinger, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Joseph Brashke, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 30,224.**

Action for personal injury by negligence in operation of street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Thomas J. Symmes and Watson J. Ferry, for appellants; John R. Guilliams and Frank L. Kriete, of counsel. Ernest C. Reniff and Hugh A. Caperton, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.